GREGORY A. JACKSON
320 11th Ave.
Helena, MT 59620
Phone: 406-443-2140

DON VERNAY
1604 Golf Course Road SE
Rio Rancho, NM 87124
Phone: 505-892-2766

Attorneys for Petitioner

FILED
HELENA DIVISION

2005 DEC 1 PM 4 02

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| RONALD ALLEN SMITH, | |
| Petitioner, | Cause No. CV-86-198-M-CCL |
| -vs- | |
| MIKE MAHONEY, warden, Montan State Prison, | MOTION FOR ADDITIONAL TIME |
| Respondent. | |

COMES NOW the Petitioner, by and through undersigned counsel and respectfully moves this Court for an Order granting counsel until December 5, 2005 to file their response to the Respondent's Motion to Dismiss and for Summary Judgment.

The basis for this motion is that both counsel for the Petitioner will be in trial in New Mexico and Montana from the first week in October through at least the third week in November, and due to the number and complexity of the issues raised in the Respondent's motion, counsel need significant time to research and prepare their response.

MOTION FOR ADDITIONAL TIME
Page 1

1  Counsel has contacted C. Mark Fowler, attorney for the Respondent, and he has
2  agreed to the request for additional time.

4  RESPECTFULLY SUBMITTED: November 30, 2005.

_____

GREGORY A. JACKSON
320 11th Avenue
Helena, MT 59601
(406) 443-2410

Don Vernay, Attorney at Law
1604 Golf Course Road SE
Rio Rancho, NM 87124
(505) 892-2766

Attorneys for the Petitioner

MOTION FOR ADDITIONAL TIME
Page 2

1
2
3
4
5
6
7    CERTIFICATE OF MAILING

8    I, Gregory A. Jackson, Attorney at Law, do hereby certify that on November 30, 2005 I served a copy of the foregoing document upon the following by mailing a true and
9    correct copy thereof, postage prepaid and addressed as follows:

10
          C. Mark Fowler
11        Assistant Attorney General
          P.O. Box 201301
12        Helena, MT 59620-1301

13
14   _____
     Gregory A. Jackson, Attorney at Law
15
16
17
18
19
20
21
22
23
24
25
26
27   MOTION FOR ADDITIONAL TIME
     Page 3