FILED
HELENA DIVISION

2005 DEC 7 PM 2 06

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| RONALD ALLEN SMITH, | |
| Petitioner, | Cause No. CV-86-198-M-CCL |
| -vs- | |
| MIKE MAHONEY, warden, Montan State Prison, | ORDER |
| Respondent. | |

Counsel for the Petitioner having filed a Motion for Additional Time to file their response to the Respondent's Motion to Dismiss and for Summary Judgment, counsel for the Respondent having no objection thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that counsel for the Petitioner shall have until January 9, 2006 to file their response to the Respondent's motion.

DATED this 7th day of December 2005.

Charles C. Lovell
United States District Judge

CERTIFICATE OF MAILING
DATE: 12/7/05 BY: ____
I hereby certify that a copy of this order was mailed to:
Jackson Fowler
Vernay