MIKE McGRATH
Montana Attorney General
C. MARK FOWLER
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Telephone:  (406) 444-2026
Fax:  (406) 444-3549

COUNSEL FOR RESPONDENT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RONALD ALLEN SMITH, | ) | Cause No. **CV 86-198-M-CCL** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| MICHAEL MAHONEY, Warden, | ) | |
| Montana State Prison, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Attorney General of the State of Montana, on behalf of the Respondent,

respectfully requests an extension of time until March 22, 2006, in which to prepare,

serve and file its Reply to Petitioner's Brief in Response to Respondent's Motions to

Dismiss and for Summary Judgment and Petitioner' s Cross-Motion for Summary

Judgment in the above-entitled matter.  Respondent's Reply is currently due on or

before February 20, 2006.

This motion is made due to the very heavy workload under which the attorney assigned to this case is presently working.  Management of the undersigned's workload was exacerbated in the first months of 2006 by a series of illnesses in himself and his family.  These illnesses subsumed the time the undersigned had set aside specifically to complete his briefing schedule in other cases and complete the Reply for final preparation for filing in the instant matter.   Respondent contacted Smith's attorney, Mr. Don Vernay, who stated he had no objection to the Respondent's motion.

Respectfully submitted this 17th day of February 2006.

MIKE McGRATH
Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401


By: /s/ C. Mark Fowler
C. MARK FOWLER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing Motion

for Extension of Time to be mailed to:

> Mr. Gregory A. Jackson
> Attorney at Law
> 320 Eleventh Avenue
> Helena, MT 59601
>
> Mr. Don Vernay
> Attorney at Law
> 1604 Golf Course Road SE
> Rio Rancho, NM  87124

DATED:____February 17, 2006_____        /s/ C. Mark Fowler_____
                                             C. MARK FOWLER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RONALD ALLEN SMITH, | ) | Cause No. **CV-86-198-M-CCL** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MAHONEY, Warden, | ) | **ORDER** |
| Montana State Prison, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Upon consideration of Respondent's Motion for Extension of Time, and good

cause appearing therefore,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to

and including March 22, 2006, within which to prepare, serve, and file its reply.

DATED this _____ day of February, 2006.

_____
CHARLES C. LOVELL
United States Magistrate Judge

**ORDER**