UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RONALD ALLEN SMITH, | ) | Cause No. **CV-86-198-M-CCL** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MAHONEY, Warden, | ) | **ORDER** |
| Montana State Prison, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Upon consideration of Respondent's Motion for Extension of Time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including March 22, 2006, within which to prepare, serve, and file its reply.

DATED this 22nd day of February, 2006.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE