UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RONALD ALLEN SMITH, | ) | Cause No. **CV-86-198-M-CCL** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MAHONEY, Warden, | ) | **ORDER** |
| Montana State Prison, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the cross-motions for summary judgment (Docket #161 and #168) and motion to dismiss (Docket #161) are set down for hearing and argument on Wednesday, October 18, 2006, at 10:00 a.m., in Courtroom II, United States District Courthouse, Helena, Montana.

DATED this 24th day of August, 2006.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE