DISTRICT OF MONTANA

OFFICE OF

# CLERK, U.S. DISTRICT COURT

P.O. BOX 8537

MISSOULA, MONTANA 59807

OFFICIAL BUSINESS



044J83045736

$0.390

Mailed From 59802

US POSTAGE

FILED
MISSOULA, MT
SEP 5 AM 10 41
JUFFY
Y CLER

GARDO88 X 943 N1 1 703 C 30 09/01/06
FORWARD TIME EXP.  RTN TO SEND
:LAW OFFICES OF CLIFF GARDNER
19 EMBARCADERO CV
OAKLAND CA 94606-5203

**RETURN TO SENDER**

9412384117 C012
59807&6537

trict of Montana

OON AS
CORD

ocuments electronically.

e Court along with the

the Certificate of Service.

ents conventionally until

available to them.

ebsite at

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### MISSOULA DIVISION

| | | |
|---|---|---|
| RONALD ALLEN SMITH, | ) | Cause No. **CV-86-198-M-CCL** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MAHONEY, Warden, | ) | **ORDER** |
| Montana State Prison, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the cross-motions for summary judgment (Docket #161 and #168) and motion to dismiss (Docket #161) are set down for hearing and argument on Wednesday, October 18, 2006, at 10:00 a.m., in Courtroom II, United States District Courthouse, Helena, Montana.

DATED this 24th day of August, 2006.

 

 

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

MIME-Version:
From:MTD_CMECF@mtd.uscourts.gov
To:MTD_CMECF@mtd.uscourts.gov
Message-Id:<120340@mtd.uscourts.gov>
Bcc:EDOJ@mt.gov,ggregor@mt.gov,mark.sundi@gmail.com,ccl_filings@mtd.uscourt
s.gov,cfowler@mt.gov,minimal243@yahoo.com

Subject:Activity in Case 9:86-cv-00198-CCL Smith v. McCormick, et al "Order
Setting Hearing on Motion"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the
filed documents once without charge. To avoid later charges, download a
copy of each document during this first viewing.U.S. District Court
District of Montana LIVE

Notice of Electronic Filing
The following transaction was entered on 8/24/2006 at 10:46 AM MDT and
filed on 8/24/2006

Case Name: Smith v. McCormick, et al
Case Number: 9:86-cv-198
http://ecf.mtd.uscourts.gov/cgi-bin/DktRpt.pl?25305
WARNING: CASE CLOSED on 02/04/1994

Document Number: 173
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
http://ecf.mtd.uscourts.gov/cgi-bin/show_case_doc?173,25305,,MAGIC,,,136860
0

Docket Text:
ORDER Setting Hearing on Motion [161] Motion to Dismiss & Motion for
Summary Judgment, [168] MOTION for Summary Judgment: Motion Hearing set for
10/18/2006 10:00 AM in Helena, MT before Judge Charles C. Lovell. Signed by
Judge Charles C. Lovell on 8/24/2006. (MKB)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1105468959 [Date=8/24/2006] [FileNumber=120339-0]
[6463b0bea803304dada4cb1c7680fc75f78c78fb2330f80563181f75ba3b1218d7a081d23c
3d00dbb2240cc2ccc3a95158c12f0f7e908784ccab0d96aa74cb96]]


9:86-cv-198 Notice will be electronically mailed to:
C. Mark Fowler cfowler@mt.gov, EDOJ@mt.gov; ggregor@mt.gov;
mark.sundi@gmail.com

Don Vernay minimal243@yahoo.com


9:86-cv-198 Notice will be delivered by other means to:
Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

Gregory A. Jackson
JACKSON LAW FIRM
320 11th Avenue
Helena, MT 59601

Mike McGrath
OFFICE OF THE MONTANA ATTORNEY GENERAL
PO Box 201401
Helena, MT 59620-1401