**DISTRICT OF MONTANA**
OFFICE OF
**CLERK, U.S. DISTRICT COURT**
P.O. BOX 8537
MISSOULA, MONTANA 59807

OFFICIAL BUSINESS

RECEIVED
NOV 3 - 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

US POSTAGE
neopost
1044J83045736
$0.390
10/18/2006
Mailed From 59802

FORWARD TIME EXP RTN TO SEND
X 949 N1 1 705 0 30 10/28/06
LAW OFFICES OF CLIFF GARDNER
19 EMBARCADERO CV
OAKLAND CA 94606-5203

RETURN TO SENDER

U.S. District Court - District of Montana

i

YOU COULD RECEIVE THIS NOTICE AS SOON AS
IT IS ENTERED INTO THE COURTS's RECORD

The District of Montana is now filing all documents electronically.

Attached hereto is the document filed by the Court along with the

Notice of Electronic Filing, which acts as the Certificate of Service.

Attorneys will continue to file their documents conventionally until

they are notified that electronic filing is available to them.

This notice will be placed on the Court's website at

http://www.mtd.uscourts.gov

---

Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

---

Case: 9:86-cv-00198   #175
3 pages.
Wed Oct 18 16:05:04 2006

```
MIME-Version:1.0
From:MTD_CMECF@mtd.uscourts.gov
To:MTD_CMECF@mtd.uscourts.gov
Message-Id:<143375@mtd.uscourts.gov>
Bcc:EDOJ@mt.gov,ggregor@mt.gov,mark.sundi@gmail.com,ccl_filings@mtd.uscourt
s.gov,cfowler@mt.gov,minimal243@yahoo.com

Subject:Activity in Case 9:86-cv-00198-CCL Smith v. McCormick, et al
"Motion Hearing"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the
filed documents once without charge. To avoid later charges, download a
copy of each document during this first viewing.U.S. District Court
District of Montana LIVE

Notice of Electronic Filing
The following transaction was entered on 10/18/2006 at 4:03 PM MDT and
filed on 10/18/2006

Case Name: Smith v. McCormick, et al
Case Number: 9:86-cv-198
http://ecf.mtd.uscourts.gov/cgi-bin/DktRpt.pl?25305
WARNING: CASE CLOSED on 02/04/1994

Document Number: 175
Copy the URL address from the line below into the location bar of your Web
browser to view the document: 175

Docket Text:
Minute Entry for proceedings held before Judge Charles C. Lovell : Counsel
for Pet, Mr. Jackson and Mr. Vernay pnt; counsel for Resp, AAG M. Fowler
pnt. Court suggested hearing from Pet re: 16 claims, Resp to cross, with
addtl time for Pet and Resp to reply and rebuttal. Counsel for Pet, Mr.
Vernay advised the Court they were under the impression the hearing was for
Resp Mot to Dismiss and cross-motion for SJ and that was what they were
prepared to argue. They would certainly proceed as the Court desired. Court
asked counsel for Resp. what his impression of today?s hearing was for and
Mr. Fowler stated he thought the same as Mr. Vernay. Court reviewed the
docket sheet and the Court?s Order setting this hearing and advised the
parties the Court was willing to proceed to hear the matters the parties were
prepared to argue. Counsel for Resp presented arguments in support of their
motion to dismiss and cross-motion for SJ. Counsel for Pet provided cross
arguments, Resp redirected and Pet rebutted. Court asked parties if they
were satisfied with their respective presentations, both were. Court
considered the matter submitted and taken under advisement. Hearing 10:03 -
11:03. (Court Reporter C. Romsa.) (ded, )

The following document(s) are associated with this transaction:


9:86-cv-198 Notice will be electronically mailed to:
C. Mark Fowler cfowler@mt.gov, EDOJ@mt.gov; ggregor@mt.gov;
mark.sundi@gmail.com

Don Vernay minimal243@yahoo.com



9:86-cv-198 Notice will be delivered by other means to:
Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

Gregory A. Jackson
JACKSON LAW FIRM
320 11th Avenue
Helena, MT 59601

Mike McGrath
```

OFFICE OF THE MONTANA ATTORNEY GENERAL
PO Box 201401
Helena, MT 59620-1401