U.S. District Court - District of Montana

i

YOU COULD RECEIVE THIS NOTICE AS SOON AS
IT IS ENTERED INTO THE COURTS's REC

The District of Montana is now filing all do

Attached hereto is the document filed by the

Notice of Electronic Filing, which acts as t

Attorneys will continue to file their docume

they are notified that electronic filing is

This notice will be placed on the Court's we

http://www.mtd.uscourts.gov

**DISTRICT OF MONTANA**
OFFICE OF
**CLERK, U.S. DISTRICT COURT**
P.O. BOX 8537
MISSOULA, MONTANA 59807

OFFICIAL BUSINESS

**RECEIVED**
MAY - 7 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

NIXIE     941     5E     1     30  05/02/07
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 59807853737          *2538-07852-24-40

Case: 9:86-cv-00198   #180
5 pages.
Tue Apr 24 11:31:04 2007