United STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED
MISSOULA, MT
2007 JUN 15 AM 9 11
PATRICK E. DUFFY
BY _____
DEPUTY CLERK

**CASE INFORMATION:**
Short Case Title: Smith vs Mahoney
Court of Appeals No. (leave blank if a unassigned) _____
U.S. District Court, Division & Judge Name   District of Montana, Missoula Division - Hon. Charles C. Lovell

Civil Case No. CV-86-198-M-CCL
Date Complaint 10/09/86
Date NOA *filed* 05/21/07
COA Status (check one):   ☐ granted in full (attach order)        XX denied in full
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number   Cheryl Romsa (406) 449-6380

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid                            Date Docket Fee Billed: _____
Date FP granted: 10/09/86                               Date FP denied: _____
Is FP pending? ☐ yes   no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes   no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**

See docket sheet

Retained   CJA-XX   FPD   ☐ Pro Se   ☐ Other US Gov. appeal

*Please attach appointment order.*

| **DEFENDANT INFORMATION** | NA |
|---|---|
| Prisoner ID _____ | Address: |
| Custody  yes _____ | |
| Bail  none _____ | |

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____        9th Circuit Docket Number _____   Previous form stated.

Name & Phone Number of Person Completing this Form: Carol Dahley (406)542-7260