U.S. District Court - District of Montana

i

YOU COULD RECEIVE THIS NOTICE AS SOON AS
IT IS ENTERED INTO THE COURTS's REC(

The District of Montana is now filing all do(

Attached hereto is the document filed by the

Notice of Electronic Filing, which acts as tl

Attorneys will continue to file their documer

they are notified that electronic filing is a

This notice will be placed on the Court's wel

http://www.mtd.uscourts.gov

DISTRICT OF MONTANA
OFFICE OF
CLERK, U.S. DISTRICT COURT
P.O. BOX 8537
MISSOULA, MONTANA 59807

OFFICIAL BUSINESS

FILED
MISSOULA, MT

2007 JUN 29 AM 8 59

PATRICK E. DUFFY

BY _____
DEPUTY CLERK

Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

NIXIE   941  DC 1         00  06/28/07
     RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD

BC: 5980785373        *2536-07706-14-39

Case: 9:86-cv-00198   #184
4 pages.
Thu Jun 14  7:47:05 2007