DISTRICT OF MONTANA
OFFICE OF
CLERK, U.S. DISTRICT COURT
P.O. BOX 8537
MISSOULA, MONTANA 59807
OFFICIAL BUSINESS

**RECEIVED**
JUL - 3 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

RETURNED TO SENDER

- FORWARDING ORDER EXPIRED
- MOVED LEFT NO ADDRESS
- ATTEMPTED - NOT KNOWN
- NO SUCH NUMBER
- VACANT
- REFUSED