U.S. District Court - District of Montana

YOU COULD RECEIVE THIS NOTICE AS SOON AS
IT IS ENTERED INTO THE COURTS's REC(

The District of Montana is now filing all do(

Attached hereto is the document filed by the

Notice of Electronic Filing, which acts as t]

Attorneys will continue to file their docume1

they are notified that electronic filing is ;

This notice will be placed on the Court's wel

http://www.mtd.uscourts.gov

**RECEIVED**

**JUL 1 2 2007**

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

Cliff Gardner
ATTORNEY AT LAW
2088 Union Street
Suite 3
San Francisco, CA 94123

Case: 9:86-cv-00198  #184
4 pages.
Thu Jun 14  7:47:05 2007

DISTRICT OF MONTANA
OFFICE OF
CLERK, U.S. DISTRICT COURT
P.O. BOX 8537
MISSOULA, MONTANA 59807

OFFICIAL BUSINESS

FILED
MISSOULA, MT
2007 JUN 29 AM 8 59
PATRICK E. DUFFY
BY _____
DEPUTY CLERK

NIXIE   941   DE 1       00   08/28/07
     RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD
BC: 59807853737    *2538-07708-14-39

**DISTRICT OF MONTANA**
OFFICE OF
**CLERK, U.S. DISTRICT COURT**
P.O. BOX 8537
MISSOULA, MONTANA 59807

OFFICIAL BUSINESS

NIXIE        941   5E 1        30  07/08/07
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 59807853737       *2536-01936-03-35