

FORWARDING ORDER EXPIRED
MOVED LEFT NO ADDRESS
ATTEMPTED - NOT KNOWN
NO SUCH NUMBER

Cliff Gardner
ATTORNEY AT LAW
2086 Union Street
Suite 3
San Francisco, CA 94123

