FILED

APR 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD SMITH,<br><br>      Appellant - Petitioner,<br><br> v.<br><br>MICHAEL MAHONEY,<br><br>      Appellee - Respondent. | No. 94-99003<br><br>D.C. No. CV-86-00198-CCL<br>U.S. District Court for Montana, Missoula<br><br>ORDER<br><br>**DEATH PENALTY CASE** |

Before: Peter L. Shaw, Appellate Commissioner.

The request by appointed counsel Cliff Gardner, Esq., that the court establish compensation rates is granted. Counsel shall be compensated as follows for the periods set forth below:

      $170 per hour           January 1, 2008 - March 10, 2009

      $175 per hour           March 11, 2009 - December 31, 2009

      $178 per hour           January 1, 2010 and thereafter

Counsel shall additionally be compensated at any higher rate established for counsel in capital cases.

The voucher has been certified for the full amount claimed, as audited by the Clerk.

do/operations/commissioner